IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| BRUCE BAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER DUSTIN SKIPPER; OFFICER ALEXIS LLOYD; and OFFICER WILTON CREAMER,<br><br>    Defendants. | CIVIL ACTION NO.: 6:20-cv-10 |

**O R D E R**

Before the Court is the Stipulation of Dismissal With Prejudice filed by Plaintiff and all three Defendants in this case on June 9, 2020, wherein the parties stipulate and agree to the dismissal of this case with prejudice. (Doc. 16.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action with prejudice. The Clerk is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 12th day of June, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA